E-FILED: 5-17-10

JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HIGH DEFINITION.NET, INC., et al.** ) | **CASE NO. CV 08-5795-GHK (SSx)** |
| **Plaintiffs,** ) | **JUDGMENT** |
| **v.** ) | |
| **RIVE GAUCHE ENTERTAINMENT TELEVISION,** ) | |
| **Defendant.** ) | |
| _____ ) | |
| **RIVE GAUCHE ENTERTAINMENT TELEVISION,** ) | |
| **Counterclaimant,** ) | |
| **v.** ) | |
| **HIGH DEFINITION.NET, INC., et al.** ) | |
| **Counterdefendants.** ) | |
| _____ ) | |

Pursuant to our May 17, 2010 Order granting Defendant Rive Gauche Entertainment Television's ("Defendant") Motion for Summary Judgment, it is hereby **ADJUDGED** that Defendant **SHALL** have judgment against Plaintiff Los Angeles News Service ("LANS") with respect to Claim 1 for copyright infringement.  LANS **SHALL** take nothing by its Complaint as to Claim 1 only.  Pursuant to our May 17, 2010 Order, all the remaining state law claims LANS and High Definition.Net, Inc. ("HDNI") brought against Defendant, as well as all the state law counterclaims brought by Defendant

1  against Counterdefendants HDNI and Robert Tur, are **DISMISSED without prejudice**
2  pursuant to 28 U.S.C. § 1367(c)(3).

4      **IT IS SO ORDERED**.

6  DATED: May 17, 2010

   _____
         GEORGE H. KING
      United States District Judge